No. 00–1376. COLLINS ET AL. v. MAC-MILLAN BLOEDEL, INC., ET AL. C. A. 3d Cir. Certiorari denied. 

No. 00–1413. YSLETA DEL SUR PUEBLO ET AL. v. TEXAS. C. A. 5th Cir. Certiorari denied. 

No. 00–1510. DUNCAN v. DELTA AIR LINES, INC. C. A. 11th Cir. Certiorari denied. 

No. 00–1517. MORIARTY v. SVEC. C. A. 7th Cir. Certiorari denied. 

No. 00–1520. MCKENZIE v. SETA CORP. C. A. 4th Cir. Certiorari denied. 

No. 00–1521. MCANDREW v. PENNSYLVANIA STATE CIVIL SERVICE COMMISSION (DEPARTMENT OF COMMUNITY AND ECONOMIC DEVELOPMENT). Commw. Ct. Pa. Certiorari denied. 

No. 00–1522. SCOTT v. INDIANA. C. A. 7th Cir. Certiorari denied.

No. 00–1524. DAVIS, NEXT FRIEND OF DOE, ET AL. v. DEKALB COUNTY SCHOOL DISTRICT ET AL. C. A. 11th Cir. Certiorari denied. 

No. 00–1535. AMERICAN MEDICAL SECURITY, INC. v. AAA MICHIGAN. C. A. 6th Cir. Certiorari denied. 

No. 00–1546. RODRIGUEZ ARBELAEZ ET AL. v. NEWCOMB, DIRECTOR, OFFICE OF FOREIGN ASSETS CONTROL, ET AL. C. A. D. C. Cir. Certiorari denied. 

No. 00–1547. HUERTAS LABOY ET AL. v. PUERTO RICO ET AL. C. A. 1st Cir. Certiorari denied.

No. 00–1550. BIBBS ET AL. v. CITY OF LUBBOCK ET AL. C. A. 5th Cir. Certiorari denied. 

No. 00–1576. CRUME, PERSONAL REPRESENTATIVE OF THE ESTATE OF HURLEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.